In the Matter of the City of New York, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of East River Drive and Approaches Thereto, in the Borough of Manhattan. Guy Cary et al., as Ancillary Executors of Robert W. Goelet, et al., Respondents.

Submitted May 17, 1948; decided June 4, 1948.

*John P. McGrath, Corporation Counsel* (*Harry E. O'Donnell, Reuben Levy* and *Benjamin Offner* of counsel), for motion.

*Charles Lamb, Walter L. Hopkins, Louis W. Dawson, Edward F. Clark* and *Leonard J. Reynolds* opposed.

Motion denied, with $10 costs and necessary printing disbursements upon the ground that an appeal lies as of right.